23-8073-cr
*United States v. Williams*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

*Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.*

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6ᵗʰ day of December, two thousand twenty four.

PRESENT:  José A. Cabranes,
Richard C. Wesley,
Steven J. Menashi,
*Circuit Judges.*

_____

United States of America,

*Appellee,*

v.                                                                  No. 23-8073-cr

Shatiara Williams,

*Defendant-Appellant.*

_____

*For Appellee*:                      Katherine A. Gregory, Assistant United States Attorney, *for* Trini E. Ross, United States Attorney for the Western District of New York, Buffalo, New York.

*For Defendant-Appellant*:       David R. Morabito, Law Office of David R. Morabito, East Rochester, New York.

Appeal from a judgment of the United States District Court for the Western District of New York (Geraci, J.). Upon due consideration, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the appeal is **DISMISSED**.

Defendant Shatiara Williams appeals from the judgment of December 19, 2023, sentencing her to twenty-seven months in prison. Williams pleaded guilty to one count of conspiracy to possess with intent to distribute and to distribute cocaine, in violation of 21 U.S.C. §§ 841 and 846. We assume the parties' familiarity with the underlying facts, procedural history, and issues on appeal.

Williams argues that the government breached her plea agreement and that the district court inaccurately calculated her guidelines range. Having reviewed the record and arguments on appeal, we hold that the government did not breach the plea agreement. As a result, the appellate waiver in the agreement bars her remaining challenge to the sentence of the district court.

For the foregoing reasons, we **DISMISS** this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court